# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GPDEV, LLC AND SIMONS
EXPLORATION, INC.,

       Plaintiffs,

v.

TEAM SYSTEMS INTERNATIONAL,
LLC,

       Defendant.
_____/

Case No.: 4:18-cv-00442-RH-CAS

## PLAINTIFFS' REQUESTS FOR PRODUCTION CONCERNING DIVERSITY JURISDICTION

Plaintiffs, GPDEV, LLC and Simons Exploration, Inc., submit the following requests for production of the Defendant, Team Systems International, LLC, Pursuant to Fed. R. Civ. P. 34 and the Court's Order authorizing jurisdictional discovery [ECF 18].

## Definitions and Instructions

    A.  The term "records" means all tangible things of every nature that contain information, including without limitation, agreements, analyses, appointment records, audio recordings (whether transcribed or not), bills, books, books of account, charts, checks, communications, computer cards, computer printouts, computer programs, contracts, correspondence, diaries, disks, diskettes, documents, drafts, drawings, electronic mail, including instant message, text messages and "twitter", financial statements, forms, graphs, handbooks, invoices, itemizations, journals, leases, ledgers, licenses, manuals, maps, memoranda, minutes, notes (whether handwritten or otherwise), opinions, permits, photographs, plans, pleadings, proofs, publications, receipts, recordings, records, reports, sketches, specifications, spreadsheets, statements, studies, summaries, tapes,

1

telefaxes, telegrams, telexes, other telecommunication materials, video recordings, writings of every kind, and all other data compilations from which information can be obtained or translated through detection devices or otherwise into reasonably usable form, including all such items in the possession, custody, or control of any of your attorneys, accountants, officers, directors, employees, or agents wherever located on your behalf.

B. The pertinent time period shall be defined as January 1, 2010, to the present unless specifically indicated by the individual request for production.

C. If there is any document or other tangible item described by this request which is no longer in your possession, custody or control, or is no longer in existence or accessible to you, please indicate:

(1) the date and nature of the disposition of such document or other tangible item, including, but no limited to, whether such: (a) is missing or lost, (b) has been destroyed, or (c) has been transferred to another person;

(2) the circumstances surrounding such disposition, including any authorization therefore; and

(3) where applicable, the person currently in possession, custody or control of such document or item.

D. All records must be produced as they are kept in the usual course of business or must be identified to correspond to the categories of records requested.

E. All records in your possession, custody or control must be produced, including records in the possession, custody or control of your agents, attorneys or any other person acting on your behalf or for your benefit, either directly or indirectly.

F. If any records or information requested is withheld based on a claim that it is privileged or otherwise protected from disclosure, you are requested to furnish a list specifying each record for which the privilege is claimed, together with information with respect to each such record sufficient to enable undersigned counsel to identify the record and evaluate the claim of privilege. This information should include, but not be limited to, the following:

(1) the date appearing on the record, or if no date appears, the date on which

the record was prepared;

(2) the name of the person(s) preparing the record (and if named in the record, the name of the addressees and other recipients);

(3) the general nature of the record, and a sufficient description of the subject matter of the record (without disclosing its contents) to enable the court to rule on the claim of privilege; and

(4) the specific ground(s) on which the claim of privilege rests.

G. For any requested record that is no longer in existence or cannot be located:

(1) identify and describe the record as completely as possible; and

(2) state when and how the record passed out of existence or why it can no longer be located, including whether the record was lost, destroyed, discarded, or provided to a third party, in which case such third party should be identified.

## REQUESTED DOCUMENTS

1. All records of, and including, Team Systems International, LLC's operating agreement and any and all amendments to the operating agreement from date of preparation through date of this request.

2. All records of, and including, Team Systems International Pacific, LLC's operating agreement and any and all amendments to the operating agreement from date of preparation through date of this request.

3. All records of, and including, TSI Gulf Coast, LLC's operating agreement and any and all amendments to the operating agreement from date of preparation through date of this request.

4. All records used in preparation of Team Systems International, LLC's operating agreement and any and all amendments to the operating agreement from period of preparation through date of this request.

3

5. All records used in preparation of Team Systems International Pacific, LLC's operating agreement and any and all amendments to the operating agreement from period of preparation through date of this request.

6. All records used in preparation of TSI Gulf Coast, LLC's operating agreement and any and all amendments to the operating agreement from period of preparation through date of this request.

7. All records apportioning membership interests in Team Systems International, LLC.

8. All records apportioning membership interests in Team Systems International Pacific, LLC.

9. All records apportioning membership interests in TSI Gulf Coast, LLC.

10. All records of agreement adding Steve Acosta as member of Teams Systems International, LLC.

11. All records of agreement adding Deborah Mott as member of Teams Systems International, LLC.

12. All records of agreement adding Chris Mott as member of Teams Systems International, LLC.

13. All records of agreement adding John Maciorowski as member of Teams Systems International, LLC.

14. All records used in connection with preparing agreement to add Steve Acosta as a member of Teams Systems International, LLC.

15. All records used in connection with preparing agreement to add Deborah Mott as a member of Teams Systems International, LLC.

16. All records used in connection with preparing agreement to add Chris Mott as a member of Teams Systems International, LLC.

17. All records used in connection with preparing agreement to add John Maciorowski as a member of Teams Systems International, LLC.

4836-6673-7537
057177/01500

18. All records identifying Steve Acosta's title, role and/or responsibilities with Team Systems International, LLC.

19. All records identifying Deborah Mott's title, role and/or responsibilities with Team Systems International, LLC.

20. All records identifying Chris Mott's title, role and/or responsibilities with Team Systems International, LLC.

21. All records identifying John Maciorowski's title, role and/or responsibilities with Team Systems International, LLC.

22. All records and marketing materials and proposal submittals in which Team Systems International, LLC identifies Steve Acosta as a member of Team Systems International, LLC.

23. All records documenting member payment distributions from Team Systems International, LLC to Steve Acosta per his membership interest.

24. All records documenting member payment distributions from Team Systems International, LLC to Deborah Mott per her membership interest.

25. All records documenting member payment distributions from Team Systems International, LLC to Chris Mott per his membership interest.

26. All records documenting member payment distributions from Team Systems International, LLC to John Maciorowski per his membership interest.

27. All records of Team Systems International, LLC's banking that identify Steve Acosta as a signatory of any accounts.

28. All records signed by Steve Acosta as a partner or member of Team Systems International, LLC.

29. All records of RFPs, RFQs or any similar document(s) applying to the Federal Government in order to contract for services offered by Team Systems International, LLC from January 1, 2016, through the date of this request.

4836-6673-7537
057177/01500

30. All records of payment of taxes by Steve Acosta, attributable to his membership in Team Systems International, LLC to the State of California.

31. Any and all cancelled checks documenting payments to Steve Acosta in accordance with his percentage membership in Team Systems International, LLC.

32. All records showing payment from Team Systems International, LLC to Steve Acosta from January 1, 2016, through date of this request.

33. All records of any employment agreement between Team Systems International, LLC and Steve Acosta.

34. All records of any employment agreement between Team Systems International, LLC and Deborah Mott.

35. All records of any employment agreement between Team Systems International, LLC and Chris Mott.

36. All records of any employment agreement between Team Systems International, LLC and John Maciorowski.

37. All records of employee handbooks maintained by Team Systems International, LLC.

38. All records of signed employee handbooks by Steve Acosta maintained by Team Systems International, LLC.

39. All employment records of Steve Acosta from commencement of his employment with Team Systems International, LLC through date of this request.

40. All records of corporate filings of Team Systems International, LLC from inception through date of this request.

41. All records of tax returns of Team Systems International, LLC from January 1, 2010 through the date of this request.

42. All records relied upon in preparing Team Systems International, LLC's tax returns from January 1, 2010, through the date of this request.

4836-6673-7537
057177/01500

43. All records of Team Systems International, LLC's tax filings in the State of California.

44. All records of Team Systems International, LLC errors and omissions insurance documents that reflect Steve Acosta as a member of the LLC.

45. All records of Team Systems International, LLC Directors and Officers insurance documents that reflect Steve Acosta as a member of the LLC.

46. All banking records that document Team Systems International, LLC member consideration provided from January 1, 2016, through the date of this request.

47. All records of any written evidence of recognition of LLC membership for Steve Acosta by Team Systems International, LLC or third parties.

48. All records of any written evidence of notification to an accountant of Steve Acosta's membership interest in Team Systems International, LLC and provision on company records to reflect interest percentage.

49. All records of any written correspondence concerning any notice of membership in Team Systems International, LLC for Steve Acosta.

50. All records establishing and regarding the relationship between Team Systems International, LLC and Team Systems International Pacific, LLC.

51. All records establishing and regarding the relationship between Team Systems International, LLC and TSI Gulf Coast, LLC.

52. All records reflecting taxes paid by Steve Acosta to Texas from January 1, 2016, through the date of this request.

53. All records reflecting taxes paid by Steve Acosta to California from January 1, 2016, through the date of this request.

54. All records reflecting taxes paid by Steve Acosta to Nevada from January 1, 2016, through the date of this request.

4836-6673-7537
057177/01500

55. All records of tax returns for TSI Gulf Coast, LLC from January 1, 2016, through the date of this request.

56. All records relied upon in preparing TSI Gulf Coast, LLC's tax returns from January 1, 2016, through the date of this request.

57. All records of tax returns for Team Systems International Pacific, LLC from January 1, 2016, through the date of this request.

58. All records relied upon in preparing Team Systems International Pacific, LLC's tax returns from January 1, 2016, through the date of this request.

59. All records concerning Steve Acosta serving as a registered agent for, and member of, TSI Gulf Coast, LLC with the address: 10131 Summit Run Dr., Frisco, Texas.

60. All records concerning Steve Acosta serving as a registered agent for, and member of, Team Systems International Pacific, LLC with the address: 2300 W Sahara Ave., Suite 800, Las Vegas Nevada 89102.

61. Color copy of front and back of Steve Acosta's California drivers' license.

62. Color copy of front and back of Steve Acosta's Texas drivers' license.

63. Color copy of front and back of Steve Acosta's Nevada drivers' license.

64. Color copy of front and back of Steve Acosta's Voter Registration(s) from 2010 through present.

65. All records of lease agreements Steve Acosta has signed from January 1, 2010, through the date of this request.

66. All records of real property purchases made by Steve Acosta from January 1, 2010, through the date of this request.

67. All records of Steve Acosta's lease agreement for property located at: 10131 Summit Run Dr., Frisco, TX 75035-4725.

68. All records of TSI Gulf Coast, LLC's lease agreement for property located at: 10131 Summit Run Dr., Frisco, TX 75035-4725.

4836-6673-7537
057177/01500

69. All records of lease agreement for property located at: 10131 Summit Run Dr., Frisco, TX 75035-4725.

70. Complete copy of all Facebook posts *and* activity for Steve Acosta from January 1, 2016, through the date of this request. This request is simply accomplished by accessing your user account within the Facebook website or app, and using the "Download Your Information" tool, accessible through the Settings drop down menu.

71. Complete copy of all Facebook posts *and* activity for Deborah Mott from January 1, 2016, through the date of this request. This request is simply accomplished by accessing your user account within the Facebook website or app, and using the "Download Your Information" tool, accessible through the Settings drop down menu.

72. Complete copy of all Facebook posts *and* activity for Chris Mott from January 1, 2016, through the date of this request. This request is simply accomplished by accessing your user account within the Facebook website or app, and using the "Download Your Information" tool, accessible through the Settings drop down menu.

73. Complete copy of all Facebook posts *and* activity for John Maciorowski from January 1, 2016, through the date of this request. This request is simply accomplished by accessing your user account within the Facebook website or app, and using the "Download Your Information" tool, accessible through the Settings drop down menu.

74. Complete copy of all posts *and* activity for Steve Acosta's LinkedIn profile from January 1, 2016, through the date of this request.

75. Complete copy of all posts *and* activity for Deborah Mott's LinkedIn profile from January 1, 2016, through the date of this request.

76. Complete copy of all posts *and* activity for Chris Mott's LinkedIn profile from January 1, 2016, through the date of this request.

77. Complete copy of all posts *and* activity for John Maciorowski's LinkedIn profile from January 1, 2016, through the date of this request.

4836-6673-7537
057177/01500

Respectfully submitted this 30th day of November, 2018.

*s/ Leonard M. Collins*
M. STEPHEN TURNER, P.A. (FBN 095691)
LEONARD M. COLLINS (FBN 423210)
JOSHUA P. BRIAN (FBN 84908)
NELSON MULLINS BROAD AND CASSEL
P.O. Drawer 11300 (32302)
215 South Monroe Street, Suite 400
Tallahassee, FL  32301
Telephone: 850.681.6810
Facsimile: 850.681.9792
stephen.turner@nelsonmullins.com
leonard.collins@nelsonmullins.com
joshua.brian@nelsonmullins.com
maria.ubieta@nelsonmullins.com
cassandra.finn@nelsonmullins.com
susan.huss@nelsonmullins.com

***Attorneys for Plaintiffs, GPDEV, LLC and Simons Exploration, Inc.***

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of the foregoing has been served via electronic mail and U.S. Mail on counsel for Defendant at the below address this 30th day of November, 2018.

Randall Leshin
Florida Bar No. 380253
RANDALL LESHIN, P.A.
1975 E. Sunrise Blvd., Ste. 504
Ft. Lauderdale, FL 33304
rleshin@leshinlawfirm.com
email@leshinlawfirm.com
Tel.: 954.941.9711; Fax: 954.941.9750

***Counsel for Defendant, Team Systems International, LLC***

*s/ Leonard M. Collins*
Attorney