UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

Case 4:18-cv-00442-RH-CAS

**GPDEV, LLC AND SIMONS EXPLORATION, INC.,**

Plaintiffs,

**against**

**TEAM SYSTEMS INTERNATIONAL, LLC,**

Defendant.

**August 4, 2020**

**Report of**

**Christopher R. Schneider, CPA, CFF**

**Managing Director, KPMG LLP**

## TABLE OF CONTENTS

I.   ASSIGNMENT ....................................................................................................................... 1

II.  SCOPE OF WORK ............................................................................................................... 1

III. CASE BACKGROUND ........................................................................................................ 2

IV.  SUMMARY ........................................................................................................................... 3

V.   BASES AND REASONS FOR OPINIONS ........................................................................ 4

    A.   GROSS REVENUE ..................................................................................................... 6

    B.   EXPENSES .................................................................................................................. 6

    1.   COST OF GOODS SOLD ............................................................................................ 7

    2.   TRANSPORTATION ................................................................................................... 9

    3.   DIRECT LABOR EXPENSES .................................................................................... 9

    C.   NET INCOME ............................................................................................................ 11

    D.   COMMISSION .......................................................................................................... 11

VI.  FACTS, INFORMATION, AND DATA CONSIDERED ................................................ 12

VII. QUALIFICATIONS AND PUBLICATIONS .................................................................. 12

VIII. COMPENSATION ............................................................................................................ 13

LISTING OF EXHIBITS ............................................................................................................ A

**GPDEV, LLC and Simons Exploration, Inc. vs. Team Systems International, LLC**
**Report of Christopher R. Schneider**
**August 4, 2020**

---

I. **ASSIGNMENT**

1. I have been retained by Randall L Leshin PA ("Counsel"), on behalf of Team Systems International LLC ("TSI"), as an accounting expert in connection with *GPDEV, LLC AND SIMONS EXPLORATION, INC. vs. TEAM SYSTEMS INTERNATIONAL, LLC*, Case No. 4:18-cv-00442-RH-CAS (Northern District of Florida) (the "TSI Case"). I have been asked to review certain financial records and other materials related to the TSI Case in order to form opinions regarding the calculation of Net Income pursuant to a consulting agreement dated August 16, 2017 (the "Consulting Agreement") between GPDEV, LLC ("GEP"), Simons Exploration Inc. d/b/a Archangel International ("AI") and TSI. I have prepared this report, which summarizes my opinions, including my rebuttal opinions concerning the expert report of Ryan J. Orner ("Mr. Orner") dated July 14, 2020 (the "Orner Report"), the bases and reasoning for such opinions, and the facts, information, and data considered in forming my opinions.[1]

II. **SCOPE OF WORK**

2. The facts, information, and data that form the bases for my findings, conclusions, and opinions include, among other things, analyses of accounting and financial records and other documents provided to me by Counsel and TSI. The opinions expressed herein are based upon the facts, information, and data made available to me by Counsel, TSI, and/or documents, information, and facts I have gathered through independent research. Further, I relied upon my education, training, and over 16 years of professional experience to reach my opinions and conclusions. I have significant experience in matters involving financial and economic damage disputes, complex forensic accounting and financial/fraud investigations, regulatory inquiries, and third party risk management services. A list of the facts, information, and data I have reviewed and considered in forming the opinions included within this report is attached as Exhibit 1.

---

[1] Unless otherwise defined within this report, capitalized terms have the meaning assigned to them within the Consulting Agreement.

GPDEV, LLC and Simons Exploration, Inc. vs. Team
Systems International, LLC
Report of Christopher R. Schneider
August 4, 2020

---

3. The scope of my work did not include an examination or review in accordance with the standards promulgated by the American Institute of Certified Public Accountants ("AICPA") in connection with a financial statement audit and, unless otherwise noted, I express no opinion on the financial data that has been provided to me.

4. Should my opinions materially change as a result of my review and analysis of new or additional facts, information, and data received, I reserve the right to supplement or otherwise revise this report at a later time.

### III. CASE BACKGROUND[2]

5. This section provides background information on the TSI Case that I obtained from review and consideration of Court submissions and other materials and information that were provided to me by Counsel including the Complaint filed by GPDEV, LLC ("GEP") and Simons Exploration Inc. d/b/a Archangel International ("AI") against Team Systems International LLC ("TSI"), filed on September 21, 2018 (the "Complaint").

6. On August 16, 2017, GEP, AI, and TSI entered into the Consulting Agreement by which TSI agreed to pay GEP and AI a fee for assistance in procuring a supply of bottled water supplied by Niagara Bottling, LLC ("Niagara") to sell to US Department of Homeland Security, Federal Emergency Management Agency ("FEMA"), and other agencies.[3] The Consulting Agreement indicates that TSI agreed to pay GEP and AI a total success fee of 25% (12.5% to GEP and 12.5% to AI) of the Net Income[4] TSI actually receives for the supply of bottled water from Niagara. .

---

[2] *See* Complaint, filed September 21, 2018.

[3] *See* Exhibit 1 to Complaint, filed September 21, 2018.

[4] The Consulting Agreement defines "Net Income" as Gross Revenue less (Cost of Goods Sold + Transportation + Direct Labor Expenses).

GPDEV, LLC and Simons Exploration, Inc. vs. Team
Systems International, LLC
Report of Christopher R. Schneider
August 4, 2020

---

7. On or about September 5, 2017, FEMA awarded TSI a five-year $68 million cap Multiple Award Task Order Contract (the "MATOC"), including a specific Contract Line Item Number ("CLIN") to supply bottled water to Emergency Zone 1 (CLIN 0002AA).[5]

8. On or about September 28, 2017, TSI entered into a Basic Ordering Agreement ("BOA") with Bering Straits Logistics Services, LLC ("BSLS" or "Bering Straits"), to support the performance of the MATOC, including the provision of bottled water and delivery to Emergency Zone 1 (CLIN 0002AA).[6] In its capacity as a logistics provider, BSLS procured and paid other subcontractors, as necessary, to satisfy the requirements of CLIN 0002AA of the MATOC.

9. On or about September 28, 2017, FEMA provided an Amendment of Solicitation/Modification of Contract (the "Amendment"), which clarifies CLIN 0002AA includes bottled water and delivery cost to Puerto Rico (i.e., Emergency Zone 1).[7]

10. Based on reading the Consulting Agreement and discussions with TSI management, I understand that the Consulting Agreement was executed for purposes of assistance in the procurement of bottled water, which is solely related to only CLIN 0002AA.

## IV.  SUMMARY

11. This section provides a brief summary of the contents of this report. My opinions and the bases for them are fully discussed following this summary. Based on documentation I have reviewed and discussions with TSI management, it is my understanding that the calculation of Net Income as defined within the Consulting Agreement is solely determined by the gross revenue and related expenses (Cost of Goods Sold + Transportation + Direct Labor Expenses) specifically related to the supply of bottled water

---

[5] *See* Exhibit C to the Defendant's Response to Plaintiffs' Motion to Compel and Notice of Withdrawal of Ex. 1, filed February 21, 2020.

[6] See TSI 000269-71.

[7] *See* Bering Straits 00007411-3.

GPDEV, LLC and Simons Exploration, Inc. vs. Team
Systems International, LLC
Report of Christopher R. Schneider
August 4, 2020

from Niagara and delivery to Emergency Zone 1. Consistent with my understanding based on reading the Consulting Agreement and discussions with TSI management, I have been instructed by Counsel to assume that Net Income under the Consulting Agreement only relates to CLIN 0002AA for purposes of my analysis.

12. Based upon the detailed analysis set forth below, I have prepared a calculation that sets forth Net Income attributable to Niagara of $1,381,694 as well as the total commission overpaid to GEP and AI attributable to Niagara of $365,815 based on the terms of the Consulting Agreement.[8]

V. BASES AND REASONS FOR OPINIONS

13. This section summarizes the facts, information, and data I reviewed in preparing this report and the bases for my opinions stated in this report. Based upon discussions with TSI management and my understanding of the contents of the Consulting Agreement, the MATOC, and the Amendment, I was asked to form opinions regarding the calculation of Net Income as defined within the Consulting Agreement, specifically Net Income derived from the supply of bottled water through Niagara, which is included solely within CLIN 0002AA.[9] To perform this task, I reviewed available facts, information, and data relating to the revenue, costs, and resulting profits of TSI specifically associated with CLIN 0002AA. As noted above, I was provided with documents including, but not limited to, agreements, accounting records, and court filings and deposition transcripts, including exhibits (*See* Exhibit 1). I, or KPMG professionals working under my direction and supervision, reviewed the facts, information, and data provided in the formation of my opinion.

14. Based on conversations with TSI management as well as my review of facts, information, and data provided, it is my understanding that TSI utilizes Sage as its accounting system, which allows for

---

[8] *See* Net Income and Commission Calculation at Exhibit 3.

[9] In connection with the facts, information, and data provided by TSI and Counsel and consistent with my understanding, Counsel has instructed me to assume that only CLIN 0002AA relate to the Consulting Agreement for purposes of my opinion.

GPDEV, LLC and Simons Exploration, Inc. vs. Team
Systems International, LLC
Report of Christopher R. Schneider
August 4, 2020

---

CLIN designations in order to record the respective revenue and costs associated with each individual CLIN.[10]  Thus, for purposes of opining upon Net Income as defined within the Consulting Agreement and consistent with my understanding and instruction from Counsel, my calculation is restricted to only those gross revenue and expense amounts that have been designated as CLIN 0002 within TSI's accounting system.[11]  Alternatively, within his report, Mr. Orner claims that costs and/or expense amounts associated with CLIN 016 should also be considered within the calculation of Net Income without providing any evidence that CLIN 016 related to the "supply of bottled water through Niagara"[12] as specified in the Consulting Agreement.[13]  Further, based upon discussions with TSI management, it is my understanding that CLIN 016 was not awarded until after the water associated with CLIN 0002AA was delivered to Puerto Rico.

15.     Based upon the detailed analysis set forth below, I have prepared a calculation that sets forth Net Income attributable to Niagara of $1,381,694 as well as the total commission overpaid to GEP and AI attributable to Niagara of $365,815 based on the terms of the Consulting Agreement.[14]

---

[10] The Defense Contract Audit Agency ("DCAA"), which provides financial oversight of government contracts (*See* Defense Contract Audit Agency website, https://www.dcaa.mil/), audited TSI's accounting system design and found that the design adequately complied with the criteria requirements contained in FAR 53.209-1(f), SF 1408.  (*See* Exhibit 2 – TSI Preaward Accounting System Audit Report, dated October 28, 2016.)  Based on conversations with TSI management, I understand a subsequent audit post-implementation did not yield any issues and, as such, the DCAA provided no further report.

[11] It is my understanding that the designation of CLIN 0002 within TSI's accounting system is synonymous with CLIN 0002AA as identified within the MATOC and the Amendment.

[12] *See* Exhibit 1 to Complaint, filed September 21, 2018.

[13] The Consulting Agreement states: "The Parties agreed that any amendment and/or modification or change in terms of this Agreement shall only be effective if in writing and signed by all of the Parties here."  (*See* Exhibit 1 to Complaint, filed September 21, 2018.)  I am not aware of and have not been provided with any indication of any amendment of modification of the Consulting Agreement made in writing and signed by all parties.

[14] *See* Net Income and Commission Calculation at Exhibit 3.

GPDEV, LLC and Simons Exploration, Inc. vs. Team
Systems International, LLC
Report of Christopher R. Schneider
August 4, 2020

### A. GROSS REVENUE

16. The first step of the calculation of Net Income is the determination of gross revenue. Gross revenue represents the total amount of income received (before reducing by any related costs) to provide goods and/or services. Based on my knowledge and experience, I calculated gross revenue, in accordance with the Consulting Agreement, by obtaining and reviewing the Team Systems International LLC Income Statement, extracted from Sage specific to CLIN 0002 (the "TSI Income Statement") and supporting documentation.[15] The TSI Income Statement indicates total revenues of $18,338,823. This is corroborated by the Amendment and the FEMA Public Voucher for Purchasers and Services as follows.[16]

**Table 1: Gross Revenue Calculation**

|  | Quantity | Unit Price | TOTAL |
|---|---|---|---|
| CLIN 0002AA - Water + Delivery to PR |  |  |  |
|    Bottled Water - Emergency Site Zone 1 | 12,479,040 | $ 0.75 | $ 9,359,280 |
|    Supply and deliver to PR | 12,479,040 | $ 0.71957 | $ 8,979,543 |
| Total Gross Revenue |  |  | $ 18,338,823 |

### B. EXPENSES

17. Next, I determined the total expenses incurred related to CLIN 0002AA, specifically Cost of Goods Sold, Transportation, and Direct Labor Expenses, as defined by the Consulting Agreement, which I calculated by obtaining and reviewing the TSI Income Statement and supporting documentation. Based on the classifications of expenses within the TSI Income Statement, supporting documentation made available to me, and my experience, I calculated total expenses of $15,722,064 based on the components of Net Income as defined in the Consulting Agreement (i.e., the sum of Cost of Goods Sold, Transportation, and Direct Labor Expenses).

---

[15] *See* TSI Income Statement at Exhibit 4.

[16] *See* FEMA Public Voucher for Purchasers and Services (HSFE70-17-J-0273_SF1034_V1) at Exhibit 5.

Case 4:18-cv-00442-RH-MAF   Document 181-2   Filed 09/04/20   Page 9 of 17

GPDEV, LLC and Simons Exploration, Inc. vs. Team
Systems International, LLC
Report of Christopher R. Schneider
August 4, 2020

18. Within the Orner Report, Mr. Orner continuously relies on the TSI expense listing provided on 11/19/19 (TSI 240-249) and the TSI expense listing provided on 1/29/20 (TSI 448-458); however, as discussed further within Defendant's Response to Plaintiffs' Motion to Compel and Notice of Withdrawal of Ex. 1, Ex 1 (TSI 448) it is my understanding that this is an incomplete summary that does not represent the accurate population of revenue and costs associated with CLIN 0002 of the MATOC. As such, I did not rely on the various TSI expense listings for purposes of my analysis.

### 1. COST OF GOODS SOLD

19. Based on my knowledge and experience, cost of goods sold (also commonly referred to as cost of sales as it is in the TSI Income Statement) includes all costs incurred in the process of manufacturing goods and/or providing services. Thus, for purposes of the Consulting Agreement, all costs incurred in the procurement of bottled water and delivery to Puerto Rico, including amounts paid to any subcontractors and/or logistics providers, should be included in the calculation of Net Income.[17] Based on the TSI Income Statement supporting documentation made available to me, and my experience, I calculated cost of goods sold as follows:

**Table 2: Cost of Goods Sold Calculation**

|  | TOTAL |
|---|---|
| Cost of Goods Sold |  |
|    Direct Materials Costs | $ 9,574 |
|    Subcontract Costs |  |
|       Bering Straits Logistics Services | $ 13,199,992 |
|       Coakley Logistics Services | $ 1,036,000 |
|       Luis Ayala Colon Sucres, Inc. | $ 548,271 |
|       Other | $ 730,234.81 |
|    Total Subcontract Costs | $ 15,514,498 |
| Total Cost of Goods Sold | $ 15,524,072 |

---

[17] Certain transportation costs were included within my calculation of Cost of Goods Sold as "Subcontract Costs" to be consistent with how these costs were recorded contemporaneously in the TSI Income Statement

Case 4:18-cv-00442-RH-MAF   Document 181-2   Filed 09/04/20   Page 10 of 17

GPDEV, LLC and Simons Exploration, Inc. vs. Team
Systems International, LLC
Report of Christopher R. Schneider
August 4, 2020

20. The Orner Report indicates that TSI partnered with Bering Straits Native Corporation as a bridge financing source.[18] Mr. Orner's source for his statement (Bering Straits 00007256-8) is MOD P00001 to Work Order 01 to the Basic Ordering Agreement dated November 6, 2017, which modifies the BOA to extend the period of performance, decrease the quantity of water bottles, and add a not-to-exceed amount for delivery costs to Puerto Rico (which will be calculated as cost + 6%).[19] [20] Based on my experience, a cost-plus fee arrangement is a reasonable approach in instances where the subcontractor will be expected to incur various costs in order to satisfy the performance obligations; its margin/income realized through a mark-up fee. Such an agreement does not inherently represent a financing arrangement. Furthermore, there is absolutely no reference to this subcontractor mark-up fee being a financing fee within the context of either the work order or the BOA. This 6% markup fee is paid to a subcontractor in exchange for logistics services directly provided to satisfy the requirements of the specific CLINs within the MATOC; thus, such fees meet the requirements as described within the Consulting Agreement to be included as cost of goods sold or transportation expenses for purposes of calculating Net Income.

21. The Orner Report excludes two line items associated with Coakley Logistics Services ("Coakley") totaling $1,036,000.34 from the calculation of Net Income. Mr. Orner attempts to discredit the Coakley expense amounts as "questionable and unsupportable"[21] by speculating about its business history without acknowledging the clear purpose as indicated within each invoice. Invoice number 2125

---

[18] *See* Expert Report of Ryan J. Orner, dated July 14, 2020, page 6.

[19] *See* Bering Straits_00007256-8.

[20] The Modification to Work Order 01 to the Basic Ordering Agreement (Bering Straits_00007256-8) indicates a pricing structure that includes: (1) bottled water charges of $0.42 per liter and (2) transportation fees of cost + 6%. Thus, it appears that any difference between the amount paid to BSLS for the water ($0.42 per liter) and the ultimate amount paid by BSLS would be retained by BSLS as service fees in addition to the 6% mark-up for transportation costs.

[21] *See* Expert Report of Ryan J. Orner, dated July 14, 2020, page 9.

Case 4:18-cv-00442-RH-MAF   Document 181-2   Filed 09/04/20   Page 11 of 17

GPDEV, LLC and Simons Exploration, Inc. vs. Team
Systems International, LLC
Report of Christopher R. Schneider
August 4, 2020

and invoice number 2126 billed from Coakley Logistics Services LLC for $448,000 and $588,000, respectively, indicate the following description: "Logistics services and consulting for FEMA Bottled Water relief efforts for Hurricane Maria to Puerto Rico."[22] Furthermore, these amounts were paid directly from TSI to Coakley as indicated by the check copies dated December 6, 2017 and April 13, 2018, respectively.[23]

### 2. TRANSPORTATION

22.  Based on my knowledge and experience, transportation expenses are costs incurred to transport goods and services (including insurance, mileage, personnel travel costs, etc.). Thus, for purposes of the Consulting Agreement, any costs incurred for transportation expenses, should be included in the calculation of Net Income. Based on the TSI Income Statement and my experience, I calculated transportation costs of $54,992.

### 3. DIRECT LABOR EXPENSES

23.  Based on my knowledge and experience, direct labor expenses are labor costs (i.e., salary or compensation) directly incurred in the process of manufacturing goods or providing services. Thus, for purposes of the Consulting Agreement, any labor costs directly incurred in the supply of bottled water and delivery to Puerto Rico, including the costs of any TSI personnel providing services to fulfill and manage those activities should be included in the calculation of Net Income. Based on the TSI Income Statement, supporting documentation made available to me, and my experience, I calculated direct labor expenses of $143,000.

---

[22] *See* Exhibit F-4 and Exhibit F-5 of Defendant's Response to Plaintiffs' Motion to Compel and Notice of Withdrawal of Ex. 1, filed February 21, 2020.

[23] *See* Exhibit F-13, pages 1 and 19, of Defendant's Response to Plaintiffs' Motion to Compel and Notice of Withdrawal of Ex. 1, filed February 21, 2020.

Case 4:18-cv-00442-RH-MAF   Document 181-2   Filed 09/04/20   Page 12 of 17

GPDEV, LLC and Simons Exploration, Inc. vs. Team
Systems International, LLC
Report of Christopher R. Schneider
August 4, 2020

24. Mr. Orner also identifies "$33,000 of conflicts [sic] incorrect expense allocations."[24] Mr. Orner claims that a $33,000 payment to Christopher Mott dated January 10, 2018 was "incorrectly allocated as an officer and member of management would be considered overhead or indirect costs, not direct labor, as outlined in paragraph 340-40-25-7 of the FASB Accounting Standards Codification."[25] The Consulting Agreement does not indicate whether Direct Labor Expenses are required to be determined in accordance with United States generally accepted accounting principles ("GAAP") or the FASB Accounting Standards Codification. Furthermore, in accordance with 340-40-25-7 of the FASB Accounting Standards Codification, whether labor costs are considered direct or indirect is dependent on the nature of the services or tasks performed, not on the title of the individual. Thus, while Christopher Mott is a manager and co-owner of TSI, the services he performed in exchange for $33,000 in compensation were directly attributable to the performance of CLIN 0002, including, but not limited to managing subcontractors.

25. Based on the TSI Income Statement and supporting documentation, my calculation of total expenses related to CLIN 0002AA consistent with the components of Net Income as defined by the Consulting Agreement is as follows:

**Table 3: Expenses Calculation**

|  | TOTAL |
|---|---|
| Cost of Goods Sold |  |
|     Direct Materials Costs | $ 9,574 |
|     Subcontract Costs | $ 15,514,498 |
| Transportation |  |
|     Auto Expenses | $ 5,222 |
|     Insurance Expense | $ 21,000 |
|     Meals & Mileage Expense | $ 28,769 |
| Direct Labor Expense |  |
|     Direct Labor Costs | $ 143,000 |
| Total Expenses | $ 15,722,064 |

---

[24] *See* Expert Report of Ryan J. Orner, dated July 14, 2020, page 10.

[25] *See* Expert Report of Ryan J. Orner, dated July 14, 2020, page 10.

GPDEV, LLC and Simons Exploration, Inc. vs. Team
Systems International, LLC
Report of Christopher R. Schneider
August 4, 2020

### C. NET INCOME

26. I determined Net Income of $2,616,759 related to services and goods provided associated with CLIN 0002 by calculating, as defined by the Consulting Agreement, gross revenue ($18,338,823) less cost of goods sold + transportation + direct labor expenses ($15,722,064). In order to calculate Net Income specific to the supply of Niagara bottled water as specified in the Consulting Agreement, I divided Net Income of $2,616,759 (as noted above) by the total liters of water supplied under CLIN 0002AA and multiplied the calculated "Net Income per Liter" by the total liters of Niagara bottled water supplied under CLIN 0002AA, which resulted in Net Income of $1,381,694 specific to the supply of Niagara bottled water ("Niagara Net Income") pursuant to the Consulting Agreement. This approach is reasonable and consistent with cost accounting concepts as the expenses associated with CLIN 0002AA do not allow for an accurate cost allocation specific to Niagara bottled water. Further, the revenue TSI received under CLIN 0002AA was based on a standard price per liter regardless of the type of bottled water supplied.

### D. COMMISSION

27. As specified within the Consulting Agreement, "TSI agrees to pay GEP and AI a commission of twenty-five percent (25%) of the Net Income TSI actually realizes from amounts paid by the government agencies… for the supply of bottled water through Niagara Bottling, LLC…"[26] Thus, I calculated total commission owed to GEP and AI by multiplying calculated Niagara Net Income ($1,381,694) by 25% (12.5% to GEP and 12.5% to AI), which equals $345,423. Finally, I subtracted the

---

[26] *See* Exhibit 1 to Complaint, filed September 21, 2018. The Consulting Agreement also states that 12.5% will be paid to GEP while 12.5% will be paid to AI.

Case 4:18-cv-00442-RH-MAF   Document 181-2   Filed 09/04/20   Page 14 of 17

GPDEV, LLC and Simons Exploration, Inc. vs. Team
Systems International, LLC
Report of Christopher R. Schneider
August 4, 2020

commission amounts attributable to Niagara that were previously paid to GEP and AI ($711,238)[27] to determine an overpayment of commission paid by TSI of $365,815.

## VI.  FACTS, INFORMATION, AND DATA CONSIDERED

28. I, or KPMG professionals working under my direction and supervision, reviewed various categories of documents related to this action, *GPDEV, LLC AND SIMONS EXPLORATION, INC. vs. TEAM SYSTEMS INTERNATIONAL, LLC*, Case No. 4:18-cv-00442-RH-CAS (Northern District of Florida).  A list of the documents I have reviewed and considered in forming the opinions included within this report is attached as Exhibit 1.

29. I have made no attempt to verify that the information contained in those source documents, data, and information is correct and accurate.  Additionally, I have not performed procedures to identify the completeness of the supporting documentation provided to me related to this matter and make no statement as to the completeness of the documentation analyzed. Accordingly, I cannot and do not express an opinion or any other form of assurance with regard to those documents and information.

## VII.  QUALIFICATIONS AND PUBLICATIONS

30. I am a Managing Director of the Forensic Practice of KPMG LLP.  I am a Certified Public Accountant, licensed in the States of California and Ohio. I am a member of the American Institute of Certified Public Accountants and Certified in Financial Forensics.  I have more than 16 years of experience providing accounting, auditing, and consulting services to companies in many industries.  A copy of my current *Curriculum Vitae* is attached hereto as Exhibit 6.

---

[27] Within the Orner Report, Mr. Orner indicates that $998,370 in commission amounts have already been paid by TSI to GEP and AI.  I understand that $287,132 of this $998,370 is not related to the commission payment related to the supply of Niagara water pursuant to the Consulting Agreement.  I have been retained to provide my opinions on the calculation of Net Income, as defined within the Consulting Agreement, which specifies the supply of Niagara water (i.e., Niagara Net Income and related commission amounts).  I am not providing an opinion on the calculation of Net Income and related commission amounts attributable to Nestle or other supplier of bottled water.

**GPDEV, LLC and Simons Exploration, Inc. vs. Team Systems International, LLC**
**Report of Christopher R. Schneider**
**August 4, 2020**

**VIII.   COMPENSATION**

31.   Counsel retained KPMG on an hourly basis for my time, and the time of other KPMG professionals who assisted me, in forming the opinions expressed herein and for the preparation of this report. The hourly rates for KPMG professionals working on this engagement range between $250 and $595. My hourly rate is $515, and KPMG's fees (including those based on my work) are not contingent upon any finding or result in this matter.

Respectfully submitted:

_____

Christopher R. Schneider, CPA, CFF

Managing Director, KPMG LLP

## LISTING OF EXHIBITS

Facts, Information, and Data Considered ........................................................................................ Exhibit 1

TSI Preaward Accounting System Audit Report, dated October 28, 2016 ..................................... Exhibit 2

Net Income and Commission Calculation ...................................................................................... Exhibit 3

TSI Income Statement ..................................................................................................................... Exhibit 4

FEMA Public Voucher for Purchasers and Services  ..................................................................... Exhibit 5

*Curriculum Vitae* of Christopher R. Schneider ............................................................................. Exhibit 6

Appendix A

Randall L. Leshin
Florida Bar No. 380253

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2020, I the original of the foregoing has been served via electronic mail on all counsel of record as listed below.

By: /s/Randall L. Leshin
Randall L. Leshin

M. Stephen Turner, Esq.
Attorney for Plaintiffs
M. STEPHEN TURNER, P.A.
P.O. Box 10261
Tallahassee, FL 32302
Telephone: (850) 545-1061
E-mail: mstephenturner.pa@gmail.com

Leonard M. Collins
Attorney for Plainitffs
GrayRobinson, P.A.
301 South Bronough St., Ste. 600
P.O. Box 11189 (32302-3189)
Tallahassee, FL 32301
Leonard.collins@gray-robinson.com
Madison.hanell@gray-robinson.corn
Chris.gibson@gray-robinson.com