UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GPDEV, LLC AND SIMONS
EXPLORATION, INC.,
    Plaintiffs,

v.                                                Case No.: 4:18-cv-00442-RH-CAS

TEAM SYSTEMS INTERNATIONAL,
LLC,
    Defendant.
_____/

### PLAINTIFFS' SUPPLEMENTAL TRIAL EXHIBIT LIST

| No. | Description | Admitted into Evidence (Y/N) & Date |
|---|---|---|
| ST_1. | **FEMA Solicitation Documents**<br>a) FEMA Statement of Work (FEMA 0004-0013);<br>b) FEMA Statement of Work (GPDEV/SIMONS 0032-36);<br>c) FEMA Water Price Schedule bid submission by TSI (FEMA 0001-0003);<br>d) MATOC WATER PRICE SCHEDULE (D018701);<br>e) FEMA Solicitation HSFE70-17-R-0019 (MATOC) (D018711- D 18790); | |
| ST_2. | **GPDEV/Simons introduce TSI to Niagara water and assist in procuring agreement from Niagara water to support TSI's bid to FEMA.**<br>a) Chris Mott June 29, 2017 email to Niagara introducing himself and advising that the bid for the MATOC must be submitted by July 6, 2017 at noon. (GPDEV SIMONS 654-665);<br>b) June 29, 2017 introductory email between Scott | |

Slocum with Niagara and Chris Mott with TSI. (GPDEV/SIMONS 00666-00673);
c) June 30, 2017 to July 3, 2017 email chain between Scott Slocum (Niagara) and Chris Mott, Debbie Mott, (including Jordan Simons and George Peterson) discussing costs, inventory and the process of qualifying for the MATOC. (GPDEV/Simons 00674-00709);
d) September 6, 2017 email from Mr. Slocum advising of oversold status. (GPDEV/Simons 0070)
e) September 6, 2017 email from D. Mott advising that Bering Straits will purchase the water. (GPDEV/Simons 00059)
f) September 7, 2017 email from D. Mott advising that FEMA is pushing back task order award and that this gets us past Niagara sold out situation. (GPDEV/Simons 00132-00133)
g) September 7, 2017 email from D. Mott to CFO of Niagara, stating in part: "If you want pre-payment send your EFT information to me and I will forward to BS." (GPDEV/Simons 146- 0147)
h) September 8, 2017 at 1:19 am email from Niagara CFO Mr. Ratzlef providing a W-9 and wiring instructions. (GPDEV/Simons 00144).
i) September 8, 2017, 5:47 am, email from D. Mott to CFO Ratzlef thanking him for his prompt response and asking questions (GPDEV/Simons 00167-168).
j) September 8, 2017 from D. Mott concerning risk of price fluctuations and response from Niagara guaranteeing price for the remainder of 2017. (GPDEV/Simons 00178).
k) Emails between Mr. Peterson Mr. Slocum concerning water availability and Niagara representation that by September 12, 2017, Niagara could provide 225 truckloads of water a day. (GPDEV/Simons 00184).
l) September 11, 2017 at 12:06 pm, email from Mr. Slocum to D. Mott asking for water orders. (GPDEV/Simons 00203).
m) September 12, 2017 email from Mr. Slocum to D.

2

    Mott, following up and asking for the status of the order. (GPDEV/Simons 219).
n) September 18, 2017 email from D. Mott to Mr. Peterson advising that task order was closed and that she was busy working on DLA contracts for the Carribbean. (GPDEV/Simons 244).
o) September 28, 2017 at 1:15 pm, email from Mr. Peterson to Mr. Slocum to advise that TSI received an order to deliver 80 million liters of bottled water to be supplied over a four week period. (GPDEV/Simons 291).
p) September 28, 2017 at 6:21 pm, email from Mr. Slocum stating that Niagara could support the order. (GPDEV/Simons 290).
q) September 30, 2017, email(s) from Mr. Slocum seeking confirmation of the order or advised that he would allocate it to another supplier. (GPDEV/Simons 288-289).
r) October 2, 2017 at 10:22 am, email from Mr. Slocum to Mr. Peterson to say, "We have 280 truckloads of water on the floor right now in SoCal that we have committed to you and you can start picking this up asap. I have the planning team working up the remaining needs that we will share with you asap." (GPDEV/Simons 285-287).
s) October 5, 2017 emails between Mr. Kueter with Bering Straits and Mr. Slocum on asking if water was available in Houston. Mr. Slocum, exasperated, states in an email, "I can fill 280 [truck loads] right now with inventory on the floor and another 250 over the next five days, all of them within a 10 to 12 day period. I just need to know how many a day. I keep asking the same question, but really need an answer." (GPDEV/Simons 338)
t) October 8, 2017, email from Mr. Slocum advises that Niagara can fill 1250 truckloads of water a day from Connecticut and from other locations in the northeast, but "What I can't do is just sit on this 1250 trucks a day on the floor for an extended length of time." He also notes, "I can cover whatever they

| | | |
|---|---|---|
| | throw at us." Plaintiffs' Exhibit 21 (GPDEV/Simons 0344).<br>u) October 9, 2017, email from Mr. Slocum to Mr. Peterson stating, "Okay, this continues to stagnate, I assume they are getting product from someplace else and that is fine. I have done all I can to meet their needs and support, but they seem to want to go in a different direction." (GPDEV/Simons 0347-348).<br>v) October 10, 2017 at 11:21 am email from Mr. Peterson to D. Mott confirming that 6 million liters of bottled water would be purchased from Niagara and that Bering Straits would issue the Purchase Order and that Bering would EFT the funds to Niagara on October 10th. (GPDEV/Simons 0352). | |
| ST_3. | **TSI submission to FEMA listing "Contractor Team"**<br>GPDEV/SIMONS 000057. | |
| ST_4. | **Consulting Agreement**<br>a) Consulting Agreement. (GPDEV/SIMONS 000002-4);<br>b) Simons 8/4/17 email to Mott with Proposed Agreement. (TSI 62-66);<br>c) Communications between Parties re Draft Agreement. (TSI 40-42). | |
| ST_5. | **FEMA Contract awarded to TSI**<br>a) September 5, 2017 email exchange between George Peterson and Diane Peykoff, the owner of Niagara Water, advising that FEMA awarded the MATOC. (GPDEV/Simons 00710-00711);<br>b) September 5, 2017 email exchange between Chris Mott and Scott Slocum and discussing the need for a credit application and TSI difficulty in submitting the credit application. (GPDEV/Simons 00712-00734). | |
| ST_6. | **FEMA contract documents for Contract HSFE70-D-0021**<br>a) Award notice (FEMA 0058-0061);<br>b) FEMA September 5, 2017 executed solicitation | |

|  | | |
|---|---|---|
|  | HSFE70-17-R-0019 for contract number HSFE70-17-D-0021 (FEMA 0017-0049);<br>c) FEMA AMENDMENT OF SOLICITATION NO. (P001) SOLICITATION FOR CONTRACT HSFE70-17-D-0021, CONTRACT ORDER NUMBER HSFE70-17-J-0273 (D18794-D18806);<br>d) FEMA HSFE 70-17-D-0021 / HSFE 70-17-J-0273 Contract Modification as of 11/6/17. (Bering Straits 00007411-7413);<br>e) FEMA 3/2/2018 modification FEMA (0014-0015);<br>f) FEMA 9/4/2018 modification to invoke option for year 2 (FEMA 0016-0017);<br>g) FEMA 1/18/18 modification (P00003) to contract adding funding for the drop trailer fees because the government was delayed in releasing water containers (FEMA 0075);<br>h) FEMA 5/16/19 modification (P00005) to contract increasing the contract ceiling to $48,739,148.58 (FEMA 0050-0051);<br>i) FEMA 7/3/19 modification (P00006) to contract invoking option for year 3 (FEMA 0052-0057);<br>j) TSI redacted voucher to be paid for containers that contained bottled water. (FEMA 0076). | |
| ST_7. | **Emails chain from FEMA for request for 48M liters of Bottled Water & Request for Quote for Task Order** (GPDEV/SIMONS 48-52). | |
| ST_8. | **TSI utilizes Bering Straits credit to pay vendors—agreeing to pay Bering a 30% return on its investment.**<br>a) Bering Strait to Provide Credit for purchase of Niagara water (GPDEV/SIMONS 60-61);<br>b) BSLS Niagara Credit Application (TSI D009264-9268);<br>c) BSLS Nestle Credit Application (TSI D009188-9260);<br>d) BSLS Seacube Credit Line (TSI D005286-5299);<br>e) BSLS PLS Credit Application (TSI D012812-12885);<br>f) BSLS Tote Credit Application (TSI D013145-13148); | |

5

|  |  |  |
|---|---|---|
|  | g) BSLS TRBR Credit Application (TSI D013149-13158);<br>h) TSI Review and Approval of BSLS of Foss Invoice (Bering Straits 00006686-6687);<br>i) TSI Review and Approval of BSLS payment of Mobro Invoice (Bering Straits 00005483-5500);<br>j) TSI Review and Approval of BSLS payment of Gloucester Terminals Invoices (Bering Straits 00003002-3003). |  |
| ST_9. | **December 1, 2017 and December 4, 2017 email exchange from Debbie Mott and Rachel Helper/Rachael Pope with Bering Strait, where Mott discusses a 33% return on Bering Straits investment.** (Bering Straits 00007400-7403). |  |
| ST_10. | **Emails-D. Mott review of agreement with Niagara relative to Water Pricing** (GPDEV/SIMONS 000144-145). |  |
| ST_11. | **Email-Peterson/Mott re Ability to Fulfill Entire Order 10/2/17** (Bering Straits 00000835). |  |
| ST_12. | **Modification of Agreement to include Nestle Water**<br>a) Email chain-D. Mott/Simons re Nestle Water (GPDEV/SIMONS 000045-47);<br>b) Email chain-D. Mott/Simons re RFQ (GPDEV/SIMONS 000048-50);<br>c) Email chain-Simons/Donovan-Nestle Water (GPDEV/SIMONS 000053-55);<br>d) Email chain-Simons/Donovan-Nestle Water (GPDEV/SIMONS 000127-128);<br>e) Emails-Bearing Straight credit app for Nestle (GPDEV/SIMONS 000129);<br>f) Emails-Bearing Straight credit app for Nestle (GPDEV/SIMONS 000126);<br>g) Emails-Simons/Candle-Le Bleu (GPDEV/SIMONS 000154);<br>h) Emails-D. Mott/Simons re CG Roxane (GPDEV/SIMONS 000199);<br>i) Text msg-Mott/Simons-FEMA 5 Year Contract (GPDEV/SIMONS 000613); |  |

|  | | |
|---|---|---|
|  | j) Emails-D. Mott/Simons-Sparklette EVP (GPDEV/SIMONS 000212);<br>k) Text msg-Mott/Simons-Truck Trailer Van Specs (GPDEV/SIMONS 000616);<br>l) Email chain-D. Mott/Donavan/Simons-Request for Quote (GPDEV/SIMONS 000260-261);<br>m) Text msg-Mott/Simons-Crystal Geyser (GPDEV/SIMONS 000620);<br>n) Text msg-Mott/Simons-Simons contacting different companies (GPDEV/SIMONS 000623);<br>o) Text msg-Mott/Simons-Different companies supplying water (GPDEV/SIMONS 000624);<br>p) Emails-D. Mott/Simons-Simons' Update on Companies he's contacted (GPDEV/SIMONS 000268);<br>q) Emails-D. Mott/Simons/Double Ace-Double Ace Water (GPDEV/SIMONS 000277);<br>r) Emails-Simons/Grout-Coke supplying water (GPDEV/SIMONS 000318-325);<br>s) Emails-Simons/D. Mott-Coke supplying water (GPDEV/SIMONS 000346);<br>t) Emails-D. Mott Instructs Plaintiffs to Contact Additional Water Suppliers (GPDEV/SIMONS 000210-212). |  |
| ST_13. | **Modification of Agreement to Include Coca Cola Water**<br>a) 9/5/17 Solicitation/Contract-HSFE70-17-D0021 (FEMA 17-30);<br>b) 9/28/2017 Solicitation/Contract - HSFE70-17-D0021 (COKE FLORIDA CONFIDENTIAL 000014-15);<br>c) FEMA document - FEMA Shipping Label for TSI (Bering Straits 0000885);<br>d) Emails (FEMA 000119);<br>e) Email-(FEMA 000118);<br>f) 11/6/2017 - Amendment of Solicitation - P00001(Bering Straits 00007411-7413);<br>g) Modification to Work Ordering Agreement (Bering Straits 00007397-7399);<br>h) 5/16/19 Amendment of Solicitation - P00005 (FEMA 000050-51);<br>i) 7/3/19 Amendment of Solicitation - P00006 (FEMA 000052-57); |  |

7

|  |  |  |
|---|---|---|
|  | j) Emails between Simons and Coca Cola water (COKE FLORIDA 0001-00028). |  |
| ST_14. | **TSI Interrogatory Responses** |  |
| ST_15. | **Incomplete payment to Plaintiffs**<br>a) Payment to Plaintiff Simons (TSI 61);<br>b) Payment to Plaintiff GPDEV (TSI 60);<br>c) Deborah Mott admission of other 12.5% owed (GPDEV/SIMONS 000396). |  |
| ST_16. | Debbie Mott claim that Niagara "released us" from obligations (GPDEV/Simons 00621-00622). |  |
| ST_17. | Text messages between the parties.<br><br>a) October 10, 2017 test message where Debbie Mott responds to a text message from Jordan Simons that states: "George keeps calling me" and replies with an American flag and a skull and cross bones. (GPDEV/SIMONS 000631);<br>b) October 10, 2017, text message exchange between Debbie Mott and Jordan Simons, where Simons explains that George Peterson is aligned and working to support the endevor. (GPDEV/SIMONS 000633);<br>c) May 30, 2018 text message exchange between Debbie Mott and Jordan Simons relative to the agreement and breach (GPDEV/SIMONS 000649-653). |  |
| ST_18. | **FEMA asks that bottled water be delivered in containers and that it take possession of the containers while water is delivered to Puerto Rico.**<br><br>a) Water Container delivery to Puerto Rico (FEMA 0062-0069);<br>b) Water container delivery email chain concerning FEMA asking for the water to be in containers for delivery and D. Mott asking for addition of contract line item to pay for containers. (FEMA 00174-00179);<br>c) FEMA advises D Mott to plan for 30 days of drop trailer time (FEMA 00180-00182);<br>d) Email from D Mott to FEMA 10/22/17 "all water in plated containers" (FEMA 00183); |  |

8

|  |  |  |
|---|---|---|
|  | e) Email from D. Mott to FEMA relative to request for MOD for drop trailers (FEMA 00118);<br>f) 10/ 26 17 email from D. Mott to FEMA re Shipment of Nestle and Niagara water to Puerto Rico (FEMA 0123);<br>g) 10/30/17 Email from D. Mott to FEMA relative to water containers (FEMA 000122). |  |
| **ST_19.** | **Orner expert report. See Rule 26(a)(2) disclosure and attachments.** |  |
| **ST_20.** | **Expert Analysis of TSI Gross Revenues, Contract Expenses, and Total TSI Net Income**<br>    **A. TSI Gross Revenues ($37,579,577.37), Schedule A of Orner Report**<br>  1. FEMA Screen Captures of Payments to TSI which total $37,579,577.37 (FEMA 01/22/20 pp 2-5);<br>  2. FEMA Obligation by Vendor Report dated 11/19/19 reflecting $37,579,577.37 was Obligated and Expended (FEMA 11/19/19 Report pp 1-2);<br>  3. TSI Voucher for Payment requesting $18,338,822.31 payment from FEMA on 13 Nov 2017 (TSI 2/21/20 Document 123-1)<br>  4. TSI Voucher for Payment requesting $7,297,500.00 payment from FEMA on 26 Jan 2018 (TSI 2/21/20 Document 123-6)<br>  5. TSI Voucher for Payment requesting $7,297,500.00 payment from FEMA on 9 Mar 2018 (TSI 2/21/20 Document 123-4)<br>  6. TSI Voucher for Payment requesting $4,645,725.00 payment from FEMA on 4 Feb 2019 (TSI 2/21/20 Document 123-5)<br>  7. FEMA Obligation by Vendor Report dated 02/21/20 reflecting $37,579,577.37 was Obligated and Expended (TSI 2/21/20 Document 123-7)<br>  8. TSI Analysis supporting $4,645,725.00 payment from FEMA on 22 Feb 2019 (TSI D019082-19100)<br><br>    **B. TSI Contract Cost of Goods and Direct Expenses, Supported by Record ($12,196,381.31), Schedules B and B1 of Orner Report** |  |

9

1. PLS Contract (Bering Straits 00003453-3461)
2. PLS Logistics Total Invoice (Bering Straits 00008207) and email (Bering Straits 00008205)
3. PLS Logistics Invoice 10/27/17 (Bering Straits 00007021-7082)
4. PLS Logistics Invoice 10/31/17 (Bering Straits 00007083-7151)
5. PLS Logistics Invoice 11/3/17 (Bering Straits 00007152-7233)
6. PLS Logistics Invoice 11/16/17 (Bering Straits 00006840-6931)
7. PLS Logistics Invoice 11/10/17 (Bering Straits 00006932-7020)
8. PLS Logistics Invoice 11/30/17 (Bering Straits 00007337-7351)
9. PLS Logistics Invoice 12/15/17 (Bering Straits 00008198-8204)
10. PLS Logistics Invoice 12/22/17 (Bering Straits 00008207-8218)
11. PLS Logistics Invoice 1/5/18 (TSI 000313)
12. PLS Logistics Invoice 1/12/18 (TSI 000331)
13. PLS Logistics Invoice 2/02/18 (D015984-15993)
14. PLS Logistics Invoice 2/13/18 (D015951-15952)
15. Tote Marine Invoice 11/15/17 (Bering Straits 00006682)
16. Tote Marine Invoice 1/2/18 (TSI 000421)
17. Foss Maritime Invoice - JAX to San Juan (Bering Straits 00006686-6688)
18. Foss Contract (Bering Straits 00003499-3510)
19. Mobro Marine Invoice and Contract of Carriage - Barges to PR (Bering Straits 00005483-5506)
20. TSI check on 1/25/18 for Mobro and NOSAT (TSI 000268)
21. NOSAT Contract (Bering Straits 00002809-2816)
22. NOSAT Contract (Bering Straits 00003486-3489)
23. Second Payment on NOSAT Barges - 10/30/17 (Bering Straits 00004037)
24. SeaCube Contract (Bering Straits 00003462-

3473)
25. Seacube Invoice 11/1/17 (October) (Bering Straits 00004884-4926)
26. Seacube Invoice 11/10/17 (delivery to Holt) (Bering Straits 00006669-6677)
27. Seacube Invoice 12/1/17 (November) (Bering Straits 00007570-7594)
28. Seacube Invoice 1/1/18 (December) (TSI 000397-420)
29. Seacube Invoice 2/1/18 (January) (TSI D018926-18947)
30. Seacube Invoice 3/1/18 (February) (TSI D018948-18969)
31. Seacube Invoice 4/1/18 (March) (TSI D018970-18991)
32. Seacube Invoice 5/1/18 (April) (TSI D019001-19022)
33. Seacube Invoice 6/1/18 (May) (TSI D019023-19047)
34. Seacube Invoice 7/1/18 (June) (TSI D020001-20026)
35. Seacube Invoice 8/1/18 (July) (TSI D016091-16116)
36. Seacube Invoice 9/1/18 (August/#00168559) (TSI D019112)
37. Seacube Invoice 10/1/18 (September) (TSI D021574-21590)
38. Seacube Invoice 11/1/18 (October) (TSI D021560-21573)
39. Seacube Invoice 12/1/18 (November) (TSI D021548-21559)
40. Seacube Invoice 1/1/19 (December) (TSI D021534, D021540-21547)
41. Seacube Invoice 1/31/19 (Itemization/#M0067247) (TSI D019113)
42. Seacube Invoice 1/31/19 (Itemization/#M0067248) (TSI D019113)
43. Seacube Invoice 2/1/19 (January) (D019067-19070)
44. Seacube Invoice 2/27/19 (January) (D019065

45. Seacube Invoice 2/27/19 (January) (D019066)
46. Seacube Invoice 3/1/19 (Itemization/#00175671) (D019062-19064)
47. Seacube Invoice 3/27/19 (Itemization/#M0067248) (D019071-19075)
48. Seacube Invoice 4/1/19 (Itemization/#00176872) (D019076-19077)
49. Seacube Invoice 5/1/19 (Itemization/#00178081) (D019060-19061)
50. US Fleet Tracking Invoices (Bering Straits 00002776-2785)
51. Holt Logistics Wire (Bering Straits 00003962)
52. Holt Logistics Invoices (Bering Straits 00003972-4024)
53. Holt Logistics Contract (Bering Straits 00003554-3574)
54. Gloucester Terminals Agreement (Bering Straits 00002987-2993)
55. Gloucester Terminals Invoices (Bering Straits 00003002-3010)
56. Gloucester Terminals Invoices (Bering Straits 00002885-2890)
57. Gloucester Terminals Invoices (Bering Straits 00003433-3434)
58. Marsh McClennan - Zurich/Travelers 10/23/17 Invoices (Bering Straits 00003063-3067)
59. Marsh McClennan - Policies (Bering Straits 00003511-3530)
60. Marsh McClennan - Travelers Policies/Invoice 6/2/18 (D016080-16081, D019104-19110, D020053)
61. Marsh McClennan - Travelers Policies/Invoice 1/3/19 (D021525-21530)
62. TJM & Co. Invoices (Bering Straits 00003014-3019)
63. TJM & Co. Invoice 17-201 (Bering Straits 00004819)
64. TJM & Co. Invoice 17-204 (Bering Straits 00004821)
65. TJM & Co. Invoice 17-206 (Bering Straits

00004823)
66. TJM & Co. Invoice 17-207 (Bering Straits 00004825)
67. TJM & Co. Invoice 17-200 (Bering Straits 00005467)
68. TJM & Co. Invoice 17-202 (Bering Straits 00005469)
69. TJM & Co. Invoice 17-203 (Bering Straits 00005471)
70. TJM & Co. Invoice 17-205 (Bering Straits 00005473)
71. Grimes Contract (Bering Straits 00003542-3553)
72. Grimes Warehousing Invoices (Bering Straits 00003087-3432)
73. Grimes Warehousing Invoices (Bering Straits 00005424-5459)
74. Grimes Warehousing Invoices (Bering Straits 00004124-4129)
75. Ayala Colon-Specified as PR Stevedoring Port Contacts (Bering Straits 00003073-3074)
76. Ayala Colon 11/14/2017 Invoice 0100017538 (TSI 000280-288)
77. Ayala Colon 11/14/2017 Invoice 0100017539 (TSI 000289-302)
78. Ayala Colon 11/20/2017 Invoice 0100017698 (TSI 000303-312)
79. Ayala Colon 12/13/2017 Statement (TSI 2/21/20 Document 123-15)
80. Ayala Colon 8/15/18 Invoice 0100022013 (D021752)
81. Ayala Colon 9/21/18 Invoice 0100022697 (D021753)
82. Ayala Colon 11/26/18 Invoice 0100023731(D021754)
83. Ayala Colon 12/14/18 Invoice 0100024023 (D021755, D021706-21719)
84. Email regarding FEMA return of containers to Ayala in March 2018 (D015439)
85. TSI-Bering Straits Contract Agreement/Work Order (TSI 000269-271)

86. Bering Straits Letter to TSI on TSI-Bering Straits Contract Agreement (TSI 000272-275)
87. Trailer Bridge, Inc. 5/03/18 Invoice (D021655-21657)
88. Trailer Bridge, Inc. 5/13/18 Invoice (D021896-21897)
89. Trailer Bridge, Inc. 5/17/18 Invoice (D021649)
90. Trailer Bridge, Inc. 5/26/18 Invoice (D021825-21828)
91. Trailer Bridge, Inc. 5/31/18 Invoice (D021645)
92. Trailer Bridge, Inc. 6/7/18 Invoice (D021641-21642)
93. Trailer Bridge, Inc. 6/14/18 Invoice (D021631-21638)
94. Trailer Bridge, Inc. 6/22/18 Invoice (D021619-21622)
95. Trailer Bridge, Inc. 6/28/18 Invoice (D021944-21947)
96. Trailer Bridge, Inc. 7/5/18 Invoice (D021596-21597)
97. Trailer Bridge, Inc. 7/12/18 Invoice (2/21/20 Document 123-2, pp1-6)
98. Trailer Bridge, Inc. 7/19/18 Invoice (D021671-21674)
99. Trailer Bridge, Inc. 7/26/18 Invoice (D021782-21789)
100. Trailer Bridge, Inc. 8/02/18 Invoice (D021667-21668)
101. Trailer Bridge, Inc. 8/09/18 Invoice (D021732-21733)
102. Trailer Bridge, Inc. 8/23/18 Invoice (D021872-21877)
103. Trailer Bridge, Inc. 8/31/18 Invoice (D021659-21660)
104. Trailer Bridge, Inc. 9/06/18 Invoice (D021813-21814)
105. Trailer Bridge, Inc. 9/20/18 Invoice (D021792-21793)
106. Trailer Bridge, Inc. 9/27/18 Invoice (D021809-21810)

107. Trailer Bridge, Inc. 10/25/18 Invoice (D021592-21593)
108. Trailer Bridge, Inc. 11/22/18 Invoice (D021940-21942)
109. Trailer Bridge, Inc. 12/27/18 Invoice (D021795)
110. Trailer Bridge, Inc. Invoice (after 8/4/18) (D021722)
111. Trailer Bridge, Inc. Invoice (after 10/27/18) (D021720)
112. Trailer Bridge, Inc. Invoice (after 11/3/18) (D021721)
113. TSI Analysis of Water Revenues, Unit Costs of Goods, and Transportation to Zone 1, as of December 2017 (TSI 67, TSI 68)
114. Bering Strait Legal Counsel Perkins Coie Final Demand Summary for TSI-Bering Straits Contract Agreement /Work Order (TSI D019112-19114)
115. TSI Check 2374 to Bering Straits on 12/13/2017 for water and transportation to Zone 1 (TSI 000251)
116. TSI Check 0000905004 to Bering Straits on 7/2/2018 for revised Nestle water costs (TSI 000255)
117. TSI Check 2375 to Bering Straits on 12/13/2017 for Transportation from Zone 1 to PR (TSI 000252)
118. TSI Check 2378 to Bering Straits on 12/21/2017 for Transportation from Zone 1 to PR (TSI 000254)
119. TSI Check 0000905005 to Bering Straits on 7/2/2018 for FEMA PLS PMT (TSI 000256)
120. TSI Check 0000905012 to Bering Straits on 8/24/2018 for TSI Payment FEMA Marsh (TSI 000257)
121. TSI Check 0000905006 to Bering Straits on 7/2/2018 for FEMA Seacube Payment (TSI 000258)
122. TSI Check 0000905014 to Bering Straits on 7/24/2019 for TSI Payment for 2019 Invoices

   (TSI 000259)
123. TSI Check 0000905015 to Bering Straits on 7/24/2019 for TSI Payment for Containers 2018 (TSI 000260)

**B2. <u>Additional TSI Finance Costs ($1,303,750.28), Schedule B2 of Orner Report</u>**
1. TSI-Bering Straits email exchange on Contract Modification (Bering Straits 00007400-7403)
2. BSLS Niagara Credit Application (TSI D009264-9268)
3. BSLS Nestle Credit Application (TSI D009188-9260)
4. BSLS Seacube Credit Line (TSI D005286-5299)
5. BSLS PLS Credit Application (TSI D012812-12885)
6. BSLS Tote Credit Application (TSI D013145-13148)
7. BSLS TRBR Credit Application (TSI D013149-13158)
8. TSI Review and Approval of BSLS of Foss Invoice (Bering Straits 00006686-6687)
9. TSI Review and Approval of BSLS payment of Mobro Invoice (Bering Straits 00005483-5500)
10. TSI Review and Approval of BSLS payment of Gloucester Terminals Invoices (Bering Straits 00003002-3003)

**B3. <u>Questionable Expenses with Limited and/or Conflicting Record ($1,036,000.34), Schedule B3 of Orner Report</u>**
1. Coakley Invoices (TSI 2/21/20 Document 123-12, TSI 2/21/20 Document 123-13)
2. TSI Check 2373 for $448,000.34 dated Dec 6, 2017 (TSI 2/21/20 Document 123-21 p1)
3. TSI Check 2396 for $588,000.00 on 4/13/2018 (TSI 2/21/20 Document 123-21 p19)
4. TSI email to Bering Straits on Lindsay Blee (Bering Straits_0000971)

**B4. <u>Unsupportable Expenses with Conflicting and/or</u>**

| | | |
|---|---|---|
| | **No Detailed Record ($10,530,355.27), Schedule B4 of Orner Report**<br>1. TSI 11/19/19 Revenue and Expense Listing (TSI 240-249)<br>2. TSI 1/29/20 Revenue and Expense Listing (TSI 448-458) | |
| ST_21. | **Emails between D. Mott and FEMA representatives concerning payment under MATOC. (FEMA 0072-0073)** | |
| ST_22. | **Water Container storage costs post FEMA usage**<br><br>a) Invoices for Container Storage (D21752-D21755)<br>b.) Support for Container Storage invoices (D21706-D21719) | |
| ST_23. | Ayala rate sheet for October 16, 2017 ((TSI 446-447) | |
| ST_24. | Text messages between Jordan Simons and Chris Mott (GPDEV/SIMONS 00554-00607) | |
| ST_25. | Text messages between Jordan Simons and Debbie Mott (GPDEV/SIMONS 00609-00653) | |
| ST_26. | DHS OIG Report, p. 1 | |
| ST_27. | November 27, 2017 email from Shawna McLean with Foss Marine sent a bill to D. Mott; D. Mott replied stating in part, "Roy is the POC for all finance matters for this Project."; D. Mott reviewed and approved the bill. (Bering Straits 6686-6688). | |

All depositions conducted in this case.

Any and all documents listed by TSI in this proceeding, however this is not a waiver of any objections to such documents. We reserve the right to amend this exhibit list.

To the extent that any of the listed documents constitute summaries under Rule 1006, they are available for inspection.

      Respectfully submitted this 26th day of May, 2021.

*s/ Leonard M. Collins*
LEONARD M. COLLINS (FBN 423210)
GrayRobinson P.A.
301 S. Bronough Street
Suite 600
Tallahassee, FL
Telephone: (850) 577-9090
Leonard.Collins@gray-robinson.com
madison.harrell@gray-robinson.com

and

M. Stephen Turner P.A.
215 South Monroe Street, Suite 400
Tallahassee, FL  32301
Telephone: 850.681.6810
Mstephenturner.pa@gmail.com

***Attorneys for Plaintiffs, GPDEV, LLC and Simons Exploration, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the electronic copy served on counsel for Defendant below via electronic mail, this 26th of May, 2021.

Randall Leshin
RANDALL LESHIN, P.A.
1975 E. Sunrise Blvd., Ste. 504
Ft. Lauderdale, FL 33304
rleshin@leshinlawfirm.com
email@leshinlawfirm.com

Wayne L. Smith
The Smith Law Firm
509 Whitehead Street
Key West, FL 33040
wsmith@thesmithlawfirm.com
court-filings@thesmithlawfirm.com

***Attorney for Defendant, Team Systems International***

*s/ Leonard M. Collins*
Attorney

/181034/1#44382172 v1