IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

GPDEV, LLC and
SIMONS EXPLORATION, INC.,

    Plaintiffs,

v.                                    CASE NO. 4:18cv442-RH-MAF

TEAM SYSTEMS
INTERNATIONAL, LLC,

    Defendant.

_____/

## VERDICT

WE THE JURY unanimously return the following verdict:

1. Was the parties' contract modified to apply not just to Niagara water but also to Nestle water?

      __X__ Yes                                 ____ No

2. Did the contract apply to net income from:

  (a) Purchase and delivery of water to Jacksonville or Savannah?

      __X__ Yes                                  ____ No

FILED IN OPEN COURT ON
8/25/2021 cm
United States District Court
Northern District of Florida

Case No. 4:18cv442-RH-MAF

(b) Delivery of water from Jacksonville or Savannah to Puerto Rico?

__X__ Yes         _____ No

(c) Retention of drop containers in Puerto Rico?

__X__ Yes         _____ No

3. What amount, if any, is due and unpaid to:

(a) GPDEV, LLC?               $ 2,770,855.00

(b) Simons Exploration, Inc.?  $ 2,483,722.00

SO SAY WE ALL on August 25th, 2021.

█████████████████
Foreperson

Case No.  4:18cv442-RH-MAF