IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GPDEV, LLC and
SIMONS EXPLORATION, INC.,

    Plaintiffs,

v.                                      CASE NO. 4:18cv442-RH-MAF

TEAM SYSTEMS
INTERNATIONAL, LLC,

    Defendant.

_____/

## JUDGMENT

    This case was tried to a jury and the court. The jury returned a verdict on the issues tried to the jury, and the court issued an order on the issues tried to the court. IT IS ADJUDGED that:

1. The plaintiff GPDEV, LLC recover from the defendant Team Systems International, LLC the amount of $2,770,855.00 as principal, plus $527,140.32 as prejudgment interest to August 25, 2021, for a total of Three Million Two Hundred Ninety-Seven Thousand Nine Hundred Ninety-Five and 32/100 Dollars ($3,297,995.32), together with post-judgment interest after August 25, 2021 as provided by law.

2. The plaintiff Simons Exploration, Inc. recover from the defendant Team Systems International, LLC the amount of $2,483,722.00 as principal, plus $464,358.46 as prejudgment interest to August 25, 2021, for a total of Two Million Nine Hundred Forty-Eight Thousand Eighty and 46/100 Dollars ($2,948,080.46), together with post-judgment interest after August 25, 2021 as provided by law.

3. It is declared that the parties' consulting agreement was modified to apply to water provided through Nestle Waters and others, as well as Niagara Bottling, LLC, in response to the modified delivery order issued by the Federal Emergency Management Agency in the aftermath of Hurricane Maria. It is declared that the consulting agreement was not otherwise modified.

4. All other claims in this action are dismissed.

This judgment is entered on September 28, 2021, nunc pro tunc August 25, 2021.

                                      JESSICA J. LYUBLANOVITS
                                      CLERK OF COURT

                                      *s/ Cindy Markley*
                                      Deputy Clerk: Cindy Markley