UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GPDEV, LLC and SIMONS )
EXPLORATION, INC. )
                                       )       CASE NO. 4:18cv442-RH/MAF
            Plaintiff, )
)
v. )
)
TEAM SYSTEMS INTERNATIONAL, )
LLC. )
               Defendant, )
and )
)
BBVA N/K/A PNC BANK, N.A. )
)
            Garnishee. )

---

RESPONSE OF GARNISHEE PNC BANK, N.A.
TO WRIT OF GARNISHMENT

---

      PNC Bank, N.A. ("PNC") responds to Plaintiff's Writ of Garnishment served on PNC on

November 4, 2021 as follows:  PNC Bank is currently holding the account of Defendant Team

Systems International, LLC.  The balance in the account is $0.00 due to a previous hold.

      I declare under penalty of perjury that the foregoing is true and correct.


Date:  November 10, 2021                *Amy Sanovich*
                                            Amy Sanovich, Bank Officer



FILED USDC FLND TL
NOV 12 '21 AM 11:26

**CERTIFICATE OF SERVICE**

Garnishee's Response to the Writ of Garnishment was served via Federal Express on

November 10, 2021 to the following:

United States District Court
Northern District of Florida
Tallahassee Division
ATTN: Clerk of Civil Court
United States Courthouse
111 N. Adams Street, Suite 322
Tallahassee, Florida   32301-7730
(850) 521-3501


Leonard M. Collins, Esq.
Gray Robinson, P.A.
301 S. Bronough Street
Suite 600
Tallahassee, FL
(850) 577-9090



Insert shipping ◄ document here.

ORIGIN ID:CLEA        (216) 257-6793
KOTI RAVI
PNC BANK
4100 W 150TH ST
B7-YB17-01-B
CLEVELAND, OH 44135
UNITED STATES US

SHIP DATE: 10NOV21
ACTWGT: 0.50 LB
CAD: 251269716/WSXI3400

BILL SENDER

TO  CLERK OF CIVIL COURT
    UNITED STATES DISTRICT COURT
    111 N ADAMS ST
    SUITE 322
    TALLAHASSEE FL 32301
(850) 521-3501        REF: 00001201.3511
INV:
PO:                          DEPT:



FedEx
Express

E

THU - 11 NOV 4:30P
STANDARD OVERNIGHT

TRK#
0201   2859 5639 2045

XH TLHA        32301
           FL-US    TLH





https://pnc.transtream.com/Composer/XmlRequest/GetShipLabel?guid=8abb9f11-b9c1-4675-8c0b-676ec5b3e582&pagenumber=0&widt...

1/10/2021