**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>GPDEV, LLC and SIMONS EXPLORATION, INC. | COURT CASE NUMBER<br>4:18cv442-RH/MAF |
| DEFENDANT<br>TEAM SYSTEMS INTERNATIONAL, LLC | TYPE OF PROCESS<br>WRIT OF GARNISHMENT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BBVA USA BANK
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1695 US HIGHWAY 1 S., ST. AUGUSTINE, FL 32084

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

LEONARD M. COLLINS
301 S. BRONOUGH ST, SUITE 600
TALLAHASSEE, FL 32301

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 17 | District to Serve No. 18 | Signature of Authorized USMS Deputy or Clerk<br>JULIE WHITE  Digitally signed by JULIE WHITE  Date: 2021.11.03 14:45:01 -04'00' | Date<br>11/3/2021 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
April (manager)

Date 11/3/21    Time 400  ☐ am ☐ pm

Address (complete only if different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
DUSM Hrs:
RT Mileage:


FILED USDC FLND TL
NOV 15 '21 AM11:21

Form USM-285
Rev 01/21